UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| PHILIP BRADFORD<br>*on behalf of himself and others similarly situated,*<br><br>          Plaintiff,<br>v.<br>CVS PHARMACY, INC.,,<br><br>          Defendant. | CIVIL ACTION FILE NO.<br><br>1:12-CV-1159-TWT |

## J U D G M E N T

This action having come before the court, Honorable THOMAS W. THRASH, JR., Chief United States District Judge, for consideration of defendant's Motion for Summary Judgment, and the court having granted said motion, it is

**Ordered and Adjudged** that the plaintiff take nothing; that the defendant recover their costs of this action, and the action be, and the same hereby, is **dismissed.**

Dated at Atlanta, Georgia, this 1st day of November, 2016.

                                            JAMES N. HATTEN
                                            CLERK OF COURT

                                By:  s/Jennifer Lee
                                         Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
November 1, 2016
James N. Hatten
Clerk of Court

By:  s/Jennifer Lee
       Deputy Clerk