IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| PHILIP BRADFORD, <br><br> Plaintiff, <br><br> v. <br><br> CVS PHARMACY, INC., <br><br> Defendant. | CIVIL ACTION FILE NO. <br> 1:12-cv-1159-TWT |

## ORDER

Before the Court is the parties' Joint Motion for Approval of FLSA Settlement Agreement with Incorporated Memorandum.

Because this matter is on appeal to the United States Court of Appeals for the Eleventh Circuit, this Court currently does not have authority to rule on the parties' motion. However, pursuant to Fed. R. Civ. P. 62.1(a), the Court states that it would grant the parties' motion if the Eleventh Circuit Court of Appeals remands the matter to return jurisdiction to this Court for the purpose of granting the parties' motion.

It is ordered that the parties promptly notify the Circuit Clerk of this ruling, pursuant to Fed. R. Civ. P. 62.1(b) and Fed. R. of App. P. 12.1.

SO ORDERED, this 20th day of March, 2017.

**/s/Thomas W. Thrash**
THOMAS W. THRASH, JR.
UNITED STATES DISTRICT JUDGE
